CLOSED, STAYED

**United States District Court**
**District of Nevada (Las Vegas)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00184-RCJ-LRL**

Hendricks v. Davol Inc. et al
Assigned to: Judge Robert C. Jones
Referred to: Magistrate Judge Lawrence R. Leavitt
Case in other court: Eighth Judicial District Court, A554120
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/11/2008
Date Terminated: 04/04/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Diann Hendricks** represented by **Keith D. Cable**
Cable Law Offices
907 Tahoe Blvd, Ste 2
Incline Village, NV 89450
775-833-3997
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Jason Wilcock**
Hill Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
702-252-5002
Email: jsw@slwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay E Smith**
Hill Center Business Park
1935 Village Center Cr
Las Vegas, NV 89134-
702-252-5002
Fax: 702-252-5006
Email: jes@slwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Jason Wilcock**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay E Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2008 | 1 | PETITION FOR REMOVAL from Eighth Judicial District Court, Case Number A554120, (Filing fee $ 350 receipt number 0978000000000796747), filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A)(Wilcock, Jason) (Entered: 02/11/2008) |
| 02/11/2008 | | Case assigned to Judge Robert C. Jones and Magistrate Judge Lawrence R. Leavitt. (RFJ) (Entered: 02/12/2008) |
| 02/12/2008 | 2 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - link. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. **(no image attached)** (RFJ) (Entered: 02/12/2008) |
| 02/12/2008 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Robert C. Jones, on 2/12/2008. Statement regarding removed action is due by 2/27/2008 Joint Status Report regarding removed action is due by 3/13/2008 (Copies have been distributed pursuant to the NEF - RFJ) (Entered: 02/12/2008) |
| 02/12/2008 | 4 | PURSUANT TO LR IA 10-1 In order to practice before the United States District Court an attorney must be admitted to the bar of this court. According to the Courts records attorney **Keith D. Cable** is not a member of the U.S. District Court, District of Nevada and is required to comply with LR IA 10-1. Please visit the Courts website at www.nvd.uscourts.gov for the Admission to Practice form. **(no image attached)** (RFJ) (Entered: 02/12/2008) |
| 02/12/2008 | 5 | (1st Notice) PURSUANT TO SPECIAL ORDER 109: that **Keith D. Cable** is in violation of Special Order 109. **Participation in the electronic filing system became mandatory for all attorneys effective January 1, 2006.** You are required to register for the Courts Case Management and Electronic Case Filing (CM/ECF) program and the electronic service of pleadings. Please visit the Courts website **www.nvd.uscourts.gov,** then select CM/ECF Info, to register the Attorney(s). **(no image attached)** (RFJ) (Entered: 02/12/2008) |
| | | |

| | | |
|---|---|---|
| 02/14/2008 | 6 | NOTICE by Defendants Davol Inc., C.R. Bard, Inc. *Cross-Notice of Deposition of Certain Corporate Representatives of Defendant Davol Inc.* (Attachments: # 1 Exhibit A)(Wilcock, Jason) (Entered: 02/14/2008) |
| 02/14/2008 | 7 | CERTIFICATE of Interested Parties filed by Davol Inc., C.R. Bard, Inc... There are no known interested parties other than those participating in the case. (Wilcock, Jason) (Entered: 02/14/2008) |
| 02/19/2008 | 8 | First MOTION to Stay *of Proceedings Pending Transfer to Federal MDL (Unopposed)* by Defendants Davol Inc., C.R. Bard, Inc.. Motion ripe 2/19/2008. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wilcock, Jason) (Entered: 02/19/2008) |
| 02/20/2008 | 10 | ORDER Granting 8 Motion to Stay. Signed by Judge Robert C. Jones on 2/19/08. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 02/25/2008) |
| 02/22/2008 | 9 | STATEMENT RE: REMOVAL *IN RESPONSE TO COURT'S MINUTE ORDER OF FEBRUARY 12, 2008* filed by Defendants Davol Inc., C.R. Bard, Inc.. (Smith, Jay) (Entered: 02/22/2008) |
| 02/29/2008 | 11 | NOTICE by Defendants Davol Inc., C.R. Bard, Inc. *Second Amended Cross Notice of Deposition of Certain Corporate Representatives of Defendant Davol Inc.* (Attachments: # 1 Exhibit A)(Wilcock, Jason) (Entered: 02/29/2008) |
| 03/07/2008 | 12 | NOTICE by Defendants Davol Inc., C.R. Bard, Inc. *Cross-Notice of Deposition of Certain Corporate Representatives of Defendant C.R. Bard, Inc.* (Attachments: # 1 Exhibit A)(Wilcock, Jason) (Entered: 03/07/2008) |
| 03/13/2008 | 13 | NOTICE by Defendants Davol Inc., C.R. Bard, Inc. *Withdrawal of Cross-Notice of Deposition of Certain Corporate Representatives of Defendant C.R. Bard, Inc.* (Wilcock, Jason) (Entered: 03/13/2008) |
| 03/13/2008 | 14 | NOTICE by Defendants Davol Inc., C.R. Bard, Inc. *Cross-Notice of Deposition of Len DiLorenzo* (Attachments: # 1 Exhibit A)(Wilcock, Jason) (Entered: 03/13/2008) |
| 04/03/2008 | 15 | MDL ORDER - CTO-16 - Order transferring action to MDL panel (MDL No. 1842-Kugel Mesh Hernia Litigation.) Signed by MDL M MDL. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 04/04/2008) |
| 04/04/2008 | 16 | TRANSMITTAL of action to MDL Panel District of Rhode Island. (AXM) (Entered: 04/04/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/15/2008 06:51:05 | | |
| **PACER** | | |

| | | | |
|---|---|---|---|
| **Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00184-RCJ-LRL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |